Kevin A. Harris, Bar #201132
HARRIS, ROSALES & HARRIS
351 St. Mary Street
Pleasanton, CA. 94588

(925) 417-8700

**Attorney for Movant**
Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Nenita M. Alansalon,<br><br>      Debtor,<br><br>Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB.,<br><br>      Movant,<br><br>vs.<br><br><br>Nenita M. Alansalon<br><br>      Debtor/Respondent. | Case No.: 10-51642<br>DCN:  KH-208<br><br>Chapter 7<br><br>MOTION FOR RELIEF FROM AUTOMATIC STAY; ACCOMPANYING DECLARATIONS; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Notice of Hearing Issued:<br>March 24, 2010<br><br><br>Date of Hearing:    April 14, 2010<br>Time of Hearing:    10:30 am<br>Court:  3099 |

**TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA:**

This is a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d), whereby Movant requests an Order from this Court granting relief from the automatic stay, and in support thereof alleges as follows:

1. On or about February 20, 2010 the above named Debtor herein referred to as "Debtor", commenced a proceeding under Chapter 7 of the United States Code in the Bankruptcy Court of the Northern District of California, Case No. 10-51642.

2. Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB. (herein referred to as "Movant"), is the owner of those real property premises commonly known as 1557 Oyster Bay Court, Salinas, CA 93906 in Santa Clara County (herein referred to as "Premises").

3. On or about January 19, 2010 Movant purchased the Premises at a Trustee's Sale. Title to the Premises was recorded on January 26, 2010. A copy of the recorded Trustee's Deed upon Sale is attached hereto as "Exhibit 1."

4. On or about February 20, 2010, the automatic stay took effect prohibiting, among other things, the commencement of any legal proceedings by the Movant in State Court to recover possession of the subject Premises, to recover costs, to recover monies owed or other related charges due and owing on the subject premises.

5. There is cause for relief from stay pursuant to 11 U.S.C. § 362(d) in that the Movant's interest in the real property is not and will not, be adequately protected if the stay is allowed to remain in full force and effect. The Movant will suffer continuing loss each day that the Debtor is allowed to remain in possession of the subject premises without paying any money to remain in possession of the premises in that the Movant must continue to make tax and insurance payments on said property, while being deprived of possession and/or profits and income derivable therefrom.

6. There is cause for relief from stay pursuant to 11 U.S.C. § 362(d) in that the Debtor does not have any interest in the subject premises, and such property is not subject to Debtor's asset liquidation.

MOTION FOR RELIEF FROM AUTOMATIC STAY - 2
Case: 10-51642    Doc# 14    Filed: 03/25/10    Entered: 03/25/10 08:55:43    Page 2 of 3

7. The Debtor has failed to vacate the premises after the lawful termination of the Debtor's ownership interest, and has no right to continue in lawful possession of the subject Premises.

WHEREFORE, the Movant respectfully requests the following relief:

A. That the automatic stay of 11 U.S.C. § 362(d) be terminated with respect to the subject Premises located at 1557 Oyster Bay Court, Salinas, CA 93906, so as to allow Movant to continue unlawful detainer proceedings in State Court.

B. That the Court waives the 14-day stay provided by Bankruptcy Rule 4001(a) (3).

C. That the Court award Movant reasonable attorney's fees and costs in connection with the making of this Motion; and,

D. For such and further relief that this Court may deem just and proper.

DATE: March 24, 2010 /s/ Kevin Harris
Kevin Harris, Attorney for Movant
351 St. Mary Street
Pleasanton, CA. 94588