1

**Kevin A. Harris, Bar #201132**
**HARRIS, ROSALES & HARRIS**
**351 St. Mary Street**
**Pleasanton, CA. 94588**

2

3

**(925) 417-8700**

4

**Attorney for Movant**
Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly
known as Wachovia Mortgage FSB.

5

6

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

7

8

| | |
|---|---|
| In Re: | ) Case No.: 10-51642 |
| | ) DCN:   KH-208 |
| Nenita M. Alansalon, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) DECLARATION |
| Wells Fargo Bank, N.A. Successor by merger | ) |
| to Wells Fargo Bank Southwest, N.A. formerly | ) Notice of Hearing Issued: |
| known as Wachovia Mortgage FSB., | ) March 24, 2010 |
| | ) |
| Movant, | ) Date of Hearing:    April 14, 2010 |
| | ) Time of Hearing:   10:30 am |
| vs. | ) Court:  3099 |
| | ) |
| | ) |
| Nenita M. Alansalon, | ) |
| | ) |
| Debtor/Respondent. | ) |

9

10

11

12

13

14

15

16

17

18

19

### DECLARATION

20

I, Kevin Harris, declare as follows:

21

1.      I am an Attorney at Law and represent the Movant  herein with respect to its post-

22

foreclosure legal remedies to recover possession of real property located at 1557 Oyster Bay Court,

23

Salinas, CA 93906 (hereinafter "Premises")..

24

25

DECLARATION - 1

2.      Movant, Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB., is a registered corporation in good standing with the State of California and the owner of the residential premises.

3.      On or about January 19, 2010, Movant purchased the Premises at a Trustee's Sale. Title to the Premises was recorded on January 26, 2010. A copy of the recorded Trustee's Deed upon Sale is attached hereto as "Exhibit 1."

4.      On or about February 20, 2010, the automatic stay took effect prohibiting, among other things, the commencement of any legal proceedings by the Movant in State Court to recover possession of the subject Premises, to recover costs, to recover monies owed or other related charges due and owing on the subject premises.

5.      Debtor no longer has any possessory interest in the Premises.

6.      Damages are accruing at $50 per day from February 20, 2010

6.      Movant requests relief from the automatic stay in order to commence unlawful detainer proceedings in state court to undertake necessary remedies for recovery of possession of the Premises.

7.      Movant desires possession of the subject Premises from debtor so that Movant may recover some damages which have been lost as a result of Debtor's filing of this petition and resultant loss of income and possession.

I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing in true and correct and that this Declaration was made this 24th Day of March, 2010, at Pleasanton, California.

/s/ Kevin Harris

Kevin Harris, Attorney for Movant
351 St. Mary Street
Pleasanton, CA. 94588