| | |
|---|---|
| 1 | **Kevin A. Harris, Bar #201132**<br>**HARRIS, ROSALES & HARRIS** |
| 2 | 351 St. Mary Street<br>Pleasanton, CA. 94588 |
| 3 | |
| 4 | (925) 417-8700 |
| 5 | **Attorney for Movant**<br>Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB. |
| 6 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 9 | In Re: | ) | Case No.: 10-51642 |
| 10 | Nenita M. Alansalon, | )<br>) | DCN: KH-208 |
| 11 | Debtor, | )<br>) | Chapter 7 |
| 12 | Wells Fargo Bank, N.A. Successor by merger | )<br>) | EXHIBIT |
| 13 | to Wells Fargo Bank Southwest, N.A. formerly<br>known as Wachovia Mortgage FSB., | )<br>)<br>) | Notice of Hearing Issued:<br>March 24, 2010 |
| 14 | Movant, | )<br>) | |
| 15 | vs. | )<br>)<br>) | Date of Hearing:   April 14, 2010<br>Time of Hearing:  10:30 A.M.<br>Court:   3099 |
| 16 | | )<br>) | |
| 17 | Nenita M. Alansalon, | )<br>) | |
| 18 | Debtor/Respondent. | )<br>) | |

**EXHIBIT IN SUPPORT OF MOTION**

    EXHIBIT 1              TRUSTEE'S DEED

EXHIBIT IN SUPPORT OF MOTION - 1

RECORDING REQUESTED BY:
Executive Trustee Services, LLC

AND WHEN RECORDED MAIL TO:
WACHOVIA MORTGAGE, FSB
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

Forward Tax Statements to
the address given above

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE: $13.00
RECORDED ON: January 26, 2010
AS DOCUMENT NO: 10-4680
BY: s/ Karen Mocerino
LSI TITLE COMPANY (CA)

TS # WC-207308-C
LOAN # 0041659822      INVESTOR #:
TITLE ORDER # 090518270-CA-GSI

SPACE ABOVE LINE FOR RECORDER'S USE

# TRUSTEE'S DEED UPON SALE

APN 153-521-029-000     TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $572,198.66
The Amount Paid By The Grantee Was $230,000.00
Said Property is in The City Of SALINAS, County of Monterey

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB.**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Monterey, State of California, described as follows:

LOT 29 IN BLOCK 51, AS SHOWN ON THAT CERTAIN MAP ENTITLED "TRACT NO. 1309, "CREEKBRIDGE 25" WHICH MAP WAS FILED FOR RECORD ON NOVEMBER 30, 1898 IN VOLUME 20 OF CITIES AND TOWNS AT PAGE 9, IN THE OFFICE OF THE COUNTY RECORDER OF MONTEREY COUNTY, CALIFORNIA.
EXCEPTING THEREFROM ANY AND ALL WATER, BUT WITHOUT THE RIGHT OF ENTRY OR TO MAKE ANY WITHDRAWAL OF WATER WHICH WILL RESULT IN DAMAGE TO ANY BUILDING OR STRUCTURE, AS GRANTED IN THE DEED TO CALIFORNIA WATER SERVICE COMPANY, RECORDED DECEMBER 8, 1998 IN SERIES NO. 9885891, OFFICIAL RECORDS.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by NENITA M. ALANSALON AND MANUEL M. ALANSALON, WIFE AND HUSBAND as Trustor, dated 12/19/2005 of the Official Records in the office of the Recorder of Monterey, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee; default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 12/28/2005, instrument number 2005136010 (or Book, Page)
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

EXHIBIT 1

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# WC-207308-C
Loan # 0041659822
Title Order # 090518270-CA-GSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 1/19/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $230,000.00, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name.
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 1/19/2010

LLC

Executive Trustee Services, LLC dba ETS Services,

By: _Kathleen Gowen_
Kathleen Gowen, Limited Signing Officer

State of California       } S.S.
County of Los Angeles  }

On 1/20/2010 before me, **Gisela A. Clark** Notary Public, personally appeared **Kathleen Gowen** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Gisela A. Clark_ (Seal)

GISELA A. CLARK
Commission # 1662574
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

[Page 2 of 2]

EXHIBIT A

Case: 10-51642   Doc# 14-2   Filed: 03/25/10   Entered: 03/25/10 08:55:43   Page 3 of 3