**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 10-51642 |
| | ) | R.S. No.: KH-208 |
| Nenita M Alansalon | ) | Hearing Date: April 14, 2010 |
| | ) | Time: 10:30A.M. |
| Debtor(s) | ) | |
| _____ | ) | |

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed:                               February 20, 2010 Chapter: 7
      Prior hearings on this obligation:                         Last Day to File §523/§727 Complaints:

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

       Secured Creditor  [  ] or lessor [  ]
       Fair market value: $_____  Source of value: _____
       Contract Balance: $_____  Pre-Petition Default: $_____
       Monthly Payment: $_____  No. of months: _____
       Insurance Advance: $_____  Post-Petition Default: $_____
                                                                 No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

       Fair market value: $_____ Source of value:_____  If appraisal, date: _____

       Moving Party's position (first trust deed, second, abstract, etc.):

       Approx. Bal. $_____  Pre-Petition Default: $_____
       As of (date): _____  No. of months: _____
       Mo. payment: $_____  Post-Petition Default: $_____
       Notice of Default (date): _____  No. of months: _____
       Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

       Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

Other pertinent information: Continue Unlawful Detainer action in State Court.

Dated:   March 24, 2010                                                  /s/ Kevin Harris
                                                                                 Signature

                                                                                Kevin Harris
                                                                          Print or Type Name

                                                                     Attorney for Movant