Kevin A. Harris, Bar #201132
HARRIS, ROSALES & HARRIS
351 St. Mary Street
Pleasanton, CA. 94588

(925) 417-8700

**Attorney for Movant**
Wells Fargo Bank, N.A, Successor by merger to Wells Fargo Bank Southwest,
N.A. formerly known as Wachovia Mortgage FSB.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Nenita M. Alansalon,<br><br>        Debtor,<br><br>Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB.<br><br>        Movant,<br><br>vs.<br><br>Nenita M. Alansalon<br><br>        Debtor/Respondent. | Case No.: 10-51642<br>DCN: KH-208<br><br>Chapter 7<br><br>NOTICE OF MOTION<br><br>Notice of Hearing Issued:<br>March 24, 2010<br><br>Date of Hearing: April 14, 2010<br>Time of Hearing: 10:30 am<br>Court: 3099 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB. has filed papers with this court to request relief from the automatic stay.

Opposition, if any, must be presented at the Hearing on the Motion. The Hearing will be held at: United States District Court, Bankruptcy Court of the Northern District, 280 South First Street, Courtroom 3099, San Jose, CA 95113, on Wednesday April 14, 2010 at 10:30 A.M.

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY - 1

You must attend the hearing. If you or your attorney do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATE: March 24, 2010

/s/ Kevin Harris
Kevin Harris, Attorney for Movant
351 St. Mary Street
Pleasanton, CA. 94588