Kevin A. Harris, Bar #201132
HARRIS, ROSALES & HARRIS
351 St. Mary Street
Pleasanton, CA. 94588

(925) 417-8700

The following constitutes
the order of the court. Signed April 27, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

**Attorney for Movant**
Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Nenita M. Alansalon,<br><br>      Debtor,<br><br>Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB.,<br><br>      Movant,<br><br>vs.<br><br>Nenita M. Alansalon<br><br>      Debtor/Respondent. | Case No.: 10-51642<br>DCN: KH-208<br><br>Chapter 7<br><br>ORDER GRANTING MOTION FOR RELIEF FROM STAY<br><br><br>Date of Hearing: April 14, 2010<br>Time of Hearing: 10:30 am<br>Court: 3099 |

    The Motion for relief from Stay of secured creditor Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB., came regularly for hearing on April 14, 2010 at 10:30 a.m. in Courtroom 3099 of the United States Bankruptcy Court of the Northern District, 280 South First Street, San Jose, CA. Brian

1

Rosales of Harris, Rosales, and Harris appeared on behalf of the moving party. The Court having read and considered the moving papers and good cause appearing,

IT IS HEREBY ORDERED that:

1. The automatic stay of 11 U.S.C. § 362(d) is terminated with respect to the subject Premises located at 1557 Oyster Bay Court, Salinas, CA 93906, so as to allow Movant to continue unlawful detainer proceedings in State Court.
2. The 14-day stay provided by Bankruptcy Rule 4001(a) (3) is waived.

*****END OF ORDER*****

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **John W. Richardson** |
| 3 | **5161 Soquel Dr. #F** |
| | **Soquel, CA 95113-3004** |
| 4 | |
| 5 | **Office of the U.S. Trustee / SJ** |
| | **U.S. Federal Bldg.** |
| 6 | **280 S 1st St. #268** |
| | **San Jose, CA 95113-3004** |
| 7 | |
| 8 | **Nenita M. Alansalon** |
| | **1557 Oyster Bay Court** |
| 9 | **Salinas, CA 93906** |
| 10 | |
| | **George Holland, Jr.** |
| 11 | **Law Office of George Holland Jr.** |
| 12 | **1970 Broadway St. #1030** |
| | **Oakland, CA 94612** |
| 13 | |
| 14 | **Brian Rosales** |
| | **Harris, Rosales, and Harris** |
| 15 | **351 St. Mary Street** |
| | **Pleasanton, CA 94588** |
| 16 | |

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: awong2          Page 1 of 1          Date Rcvd: Apr 27, 2010
Case: 10-51642                Form ID: pdfeoc       Total Noticed: 2

The following entities were noticed by first class mail on Apr 29, 2010.
db         +Nenita M Alansalon,   1557 Oyster Bay Court,   Salinas, CA 93906-5609
           +Brian Rosales,   Harris, Rosales, and Harris,   351 St. Mary Street,   Pleasanton, CA 94566-6540
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2010            Signature:    _Joseph Speetjens_