Form FIN2

# UNITED STATES BANKRUPTCY COURT
# Northern District of California

| In Re:  Nenita M Alansalon | Case No.: 10–51642 RLE 7 |
|---|---|
| Debtor(s) | Chapter:  7 |

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

Each debtor did not file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management, Official Form 23 (Interim Rule of Bankruptcy Procedure 1007(b)(7)). Pursuant to 11 U.S.C. §§ 727, Official Form 23 MUST BE FILED by each debtor before a discharge can be entered for that individual debtor.

Notice is hereby given that failure to file the certification (Official Form 23) within 45 days of this notice may result in the case being closed without an entry of a discharge. If the debtor(s)subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) may be required to pay the full reopening fee due for filing the motion.

Dated: 6/8/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113